PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

October 31, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ lad _____

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ___Western___ DISTRICT OF TEXAS
## ___Waco___ DIVISION

Carlos Dewayne Brown, Sr.
Plaintiff's Name and ID Number

Alfred Hughes unit - (A.D-SEG)
Place of Confinement

CASE NO. **6:22-cv-01149**

(Clerk will assign the number)

v.

See Attached
Defendant's Name and Address

See Attached
Defendant's Name and Address

See Attached
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

(#1)   Defendant Name:                    Address:

Asstant Warden J. Wade              Alfred Hughs Unit

   (AD-seg)                            3201 Fm 929

                                      Gatesville, Texas 76597

(#2)  Defendant Name:

   Major, Parker                       Alfred Hughes Unit

                                      3201 Fm 929

                                      Gatesville, Texas 76597


(#3)  Defendant Name:                 Alfred Hughes Unit

   AD seg Sargent Williker            3201 FM 929

   Shift 2-1 Crew                      Gatesville, Texas 76597


(#4)  Defendant name:                 Alfred Hughes Unit

   AD-seg Sargent Chisen              3201 Fm 929

   Shift 1-1 Crew                      Gatesville, Texas 76597

   Defendant Name:
(#5)  Correctional officer Solie       Alfred Hughs Unit

   Shift 2-1 Crew                      3201 Fm 929

                                      Gatesville, Texas 76597

   Defendant Name:
(#6)  Safe prison Department           Alfred Hughs Unit

                                      3201 Fm 929

                                      Gatesville, Texas 76597

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _X_NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _Alfred Hughes unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    _X_ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ___See attached___

_Carlos Dewayne Brownsr 02215243._

_Alfred Hughes unit 3201 FM 929, Gatesville, Texas 76597_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: ___See Attached___

_800 Sed Assistant Warden J. Wade_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: ___See Attached___

_AD-SEG Major Parker_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: ___See Attached___

_AD-Seg Sargent 'Williker'_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: ___See Attached___

_AD- Seg Sargent Cason_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: ___See Attached___

_Correctional officer Solre / safe prision Dept,_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

3

Attachment #1

I Carles Dewayne Brown Inmate Number 02215243 Do Here by Bring all True Facts Against All Defendant partys in This claim. The statements Are All True As of The Complaint There-of And said Dates.

(Defendant No.1) Asst. WARDEN J. WADE
Statement: On Dates of 10-18-2022 I Filed A step 1 Grievance Due The The Date of 6-28-2022 my present property was lost By Texas state correctinal officers. At Around 1pm - 1:30pm. when I was Re-housed on 12-Building, F-Pod-18 Cell for MENTAL HEALTH Issues on Direct OBSERVation medical watch, or As said Crisses managment. MEDICAL STAFF Nurses Asked for my K.O.P in cell medications To Be Brought To Them until I Came off mental Health watch. No prison officials complyied. Nothing was Done.

So on 7-02-22 I was Approved By A MENTAL HEALTH professinal T.V. provider To BE TAKen of The said watch. On Date of 7-04-22 AssT WARDEN J. WADE Did his Ruten walk Through checks on The 12 Building AD-SEG Housing Units. Namely-Pods B-F. In Fact This Date was A Holiday, Namey, Independence Day, I stopped him, And Sgt Williker I Told Them About my missing property.

Lost Items! Namely: 2 FANS, Hotpot, 2 Night lights, Reebok shoes 2-Cooling T-shirts, 2 med T-shirts. Family personal photos, Letters And family Addresses. Books. WARDEN J. WADE Brushed me off To Sgt. Williker Shirt Turn 2-1 williker Made A statement To me That He would get on Top of Finding my property.

SEE Attachment #2 →

Continued! from (Statement #1)

Nothing was Done. At All. On said Date of 7-15-22
Same Nour Time on 12 Building, F-Pod - New Cell 34.
Same Said New Cell As The First Encounter with Asst
Warden J-Wade. I Stopped Him once again Because Isters Are
He was Alone. And He'd seemed in a positive mood. I
Re-Enlightend Him on our First Encounter on 7-04-22 my
complaint About my property. On This said Date I observed
Asst warden J-wade. As He Asked for my Inmate-ID
Number only No Name. He pretended To Store my ID
Number in it's phone. But pretended he put The Lable, or
Title " property. But when Asst warden J. wade was Turning
To leave my Cell Door I observed Him Not saving
The Information.

    So on 7-14-22 I wrote my First step 1 Grievance
About This said Allegatrons of my [#2] missing property.
The [#2] Threats: of prison officals, trying To place them
on me. I also stated The True [#3] Facts That on said or
7-14-22 I stopped By P2-property office of officer P. Taylor
To check on what happend To my property. She only
Told me That she'd give me one Replacement used Fan. while
stating That " you Inmates Think That you're the only
physco patients. That she stated She was on mental Health
medication Also. She stated That She'll stab me.
All I Asked Her was could she look for my property
She Checked Her Books on stored property Nothing
was Found. But The Confiscated Boots They Took from
me on 6-11-22. Because An Inmate Escaped. And

Continued statement of #1

AND state Huntsville head officials where here so they
acted like they had been going by there. AD-SEG., Mental
Health policy. No boots, nail clippers mirror etc.
But as you can see

So as all my Grievance step # 1 was Ruled
By Asst warden J-wade. even after I'd spoken to him
about my property. He Rules on the step # 1. "His statement
"Your grievance has been Reviewed and Investigated,
addressed one issue per grievance. No evidence was
Found to substantiate your Allegations or Threats of
Harm by the officers in This complaint. No Further
Action is warranted by this office. signed By Asst warden
J-wade.

see like always the prison officials only look and or
pick out only, what They doent to address not really
The statory content of an Inmate complaint only To
cover Them-selves or there Co-workers, and or employers,
And Just what was done on This Grievance Form
Asst. warden J-wade. only coverd up what sgt. williker
Told Him And, AND If An proper Investigation was
Conducted. which I Belive was never Conducted.

Continued Statements:

Defendant: No #2 (Major Parker)

On date of August 30, 22 At Around 2pm-2:30pm
I was exscorted to An office next to His office on
12-Building front Hall way, located In front of The
12-Building control central station. On my way out
of The said office. Major parker of AD-SEG was in His
office on his computer At This Time He was steal labled
As a Captain. I Asked Major parker Did he get my
Request Forms I sent to His office. After The
stated Dates of my encounters with warden wasse.
I sent Him About Five or six Request About Replacing
my lost property, I Also stated to Him About Sgt.
Williker, Sgt. Cason And prison Correctional officer
solve Trying to place Harm on my person. Just
For Trying Talk to A Higher officeal That In Terms
I honestly Thought Would Help In Relief of This
stated Complaints. Nothing was Done Never After Major
parker stated That He'll Check with Asst warden J Wade

On Dates of October 7th, 22 I Talked To Major
Parker As he Was Doing A Walk Through with Sgt.
Cason. On 12-Building - D-Pod - 2-Section 2-Rew
2 cells down Namely 24-25 cell I called Asked Major
Parkers for His Attenten. But Observed He Was In front
Talking with Another Inmate In one of Those cells.
So Sgt. Cason looked very poorly At me with Rolled Ayes
And said That Major parker Heard my call.
When Major parker Was finished Talking He stopped in
front of my Next Door Neighbor cell Not fully Acknowledging
who I Was. In A Jester He Didnt Really Care what I'd
had To Say..

Attachment # 4. Contenued Complaint. of NO # 2
Defendant. (MaJor parker).

Nothing was Done. On October 12th, 22 I tryed to
Talk To MaJor parker while He yet Again Did a walk
Through checking on the paint Job That inmates D.D.
He looked Directly at me while I was standing And calling
Him from my cell Door Namely Housing 12-Building. D-Pod
2 Section 2-Row. But He Acted like He was checking His
Radio and rushed off Not Acknowlging my call.

On Date of October 13-22 I took over my Tray slot
In This cause. of Him lying About He would ony
Replace my bird He stated These Facts on october 7th
22. I Nothing was Done. But state officials who I will
State Facts in This complaint. would Not call Him To
Assist This problem That Him. His self, Asst warden Jarany,
Sgt williker, Sgt cason, And Correctional officer BoliR All
who is employed on shift card 2-1 And All of witch
Beam to Be very Close personally.

~~Cover statement~~ #

Special Added Defendant of whom is with this claim.
Not gnuff Room on complaint Form.

#3 Sgt. Williker AD SEG Sgt Shift crew 2-1.

I'm Adding Sgt. Williker to this said complaint Because
He was a major part in this whole claime. Along with
the other Defendents. Namely. Asst warden J. wade, major parker
correctional officer Salize, Sgt. Carson, And the Alfred Hughes
unit safe prison department.

My claim against Sgt Williker is He is the one whom
in the ~~st~~ starts of this whole complaint stated on my step 1
Grievance that warden J. wade told to Talk to me on 7-04-22
Also Williker is the one whom I truely and clear minded claim
Applied to use Harm on me on said date of 9-2-22
And Reuse July 2022 And said date of october 13, 2022
He is Also the person whom Applyed Sexual Coments To
me verbal token in front of his shift 2-1 Lt. of AD-SEG
whom is his good personal friend. outside of their work.
He is the one states He'll get a team together and
Come into my cell to place personal Harm on my
person. And He'll Threw iturAy what little property Nancy
new income, mail, Legal mail These US. court papers Because
He looken into my cell And saw I was working on them
All stated complaints in this complaint is True of Facts
of All His involvements. Through out this complaint. I also,
told Sgt Williker on Date. of Sept 2 I was trying to cutt my
male Gentils out He saw the Blood And walked off. Not following
policys of Mental Health.

End of Conclusion:

Date. of october 13. 2022
This was Respeckfully
submitted, By The Hands
of. Me. Jasmine Brown.
Government Name
Carlos Dewayne Brown

#4  Statements or Special Added Defendants: (Sgt. Casa.)

At The Begining of This whole Incident Claim. Sgt Casson came to my Cell on -c- pod 12 Bulom, 8-cell. He. Came Because I was Burning my cell, while trying To Hang my Self. Due to The Fact I was going Through a mental Issue. of Gender expression. I needed medical to Approve me for Gender Replacement Surgery. To Help my Gender Dysphorm Depression. well me Through Cold Icey Water in my cell to stop The Fire from The Burning Mattress. He Flished his light on me I was Hanging He Just walked off and Said "His Dumb Ass Can Just Die. To other Correctional officers.

Now own This Said Date of october 13. 2022 his part of This stated Remplant was He was Complying with Sgt williker in Agreeing to peper spray me and Run in My cell to place Harm on me. They all observed me Asking for mazer parker To Be Called so That He Could Come Fix his state Issue with me That He openly Agreed on. And As Sgt Cason was walking off with All Stated Defendant officals. Namely. Himself Sgt. williker, correctional officer Solit., The unknown Sgt from General population. He stated That They should have Beat my "Ass." And Just let me Kill my self Also. These Are True Facts Of why he is in This Claim.

Attatement #5.

Defendant #5. Correctional officer Solie. Shift 2-1 CARD.
On Said Date of October 13. 22. At About 12 pm
Lunch Feeding time. At the time of Correctional officer
Solie. Serving me my tray. I took over my tray slot
and its a chance in front of this cell housing, D-28
12-Building. Correctional officer Solie Asked me to
stand up twice I stated know. Because I knew that
if I am he'll Just close my tray slot And Just
walk off. I paused explaining why I took over
my slot. He Continued to talk over me. Alot Acknowledging
my Complaint was that I needed to talk to major
parker. Because He told me that He will only Replace
my Razor. Correctional officer Solie then wrote something
Down on his personal Note pad. and walked off to Continue
Feeding Chow. I told him that He was violating prison
AD-566 policys. Because when An inmate Do As I was
Doing. He is suposed to Stop All He was Doing and call
for A Supervisor, or higher Ranking official. He Do Not.
On half hour later I observed Correctional officer Take off
his safety AD 566 vest. After He was Done Feeding. We. They
walked out of 12-Building Housing, D-pod Unit for About 15 or
20 minutes. He came Back personally with. Sgt Citson, Sgt
williker, An unknown officer from population. And 1x3msenp
They each came to my Cell Door. Sgt williker, And Correctional
officer Solie was shouting orders for me to Release my slot
I stated know. Not until Major parker is Addressed To come
Fix his Instigated problem that He Caused. About saying

Continued Attachment #5: Statement #5

That He'll Replace My Radio. only which I was
Bmpt To settle for At That said manual. Int.l
I could File All Administration steps or get my step
& Grievance Back with it has Been 2 months
Now I haven't Heard Any thing from with was
given extra Time To Investigate 40 extra Days.
Correctmet office Ingly And personalty went to
prek These officals Because He knew That Sgt.
walliker, sgt essen And I Alwes have prehlems in This
Manner of me Trying To get my personal property
Replaced. This cort officals Are Totally Not going
with Stat or federal policys. All They went To Do
is Harm us. And Cover up There step. Thinking
That we Dont know how To Fyght Back with
Family or Legal Ways. And ce they Try To Intemidate
us By Acts of Harm To keep us quiet. Our Take
The little Things Away That we have or Had.

Attachment # C.

Defendant # 6. Alfred unit safe prisons Department.

My complaint against this said safe prisons Department
is because they're connected to this escalated started
complaint. stated on Dates, and or month of November of
2021. here at the Alfred Hughs unit. Left It All started
Because I wrote this Department when I First got
here for Mental Health Diversion program for AD-SEG Mental
Ill Inmates. its my step I am Diaygnesed with Depression
Anxiety. And Gender Dysphorm. I Talked to a Representive
on the said year and month November. As I Entered this
program - Namely Diversen. But a week later I Discharged
my-self. with Facts Not knowing if I'd get shipped
Back to my Housing unit "East Ham" where I Am
Supesed to Be Housed for AD-SEG. They told me
That I'd BE Held on C.M.I Mental Health an Assigned
until state classification let's me go.
But I stated Those Facts also Facts of me Being Raped
At the Bill clements unit and Thard I wented To
Fellow up on The Rape - I also stated That after
2m shift I needed safe keeping Housing. The Representive
Told me That All They could offer was single showers
Because I stated To Him I was a Transgender.
Which we All here get single showers. Where in AD-Seg
I Then Asked Him That I'd needed my Travel, class direction
And up-Dated for my Gender As Transgender Because Some
How it came up erassed from my File.

#6.

Centerued Attachment from statement # 6.

So on First Date That I stated That Sgt Williker, And Sgt Casen Trited To Harm me. They Both Asked me And stated After I stated I was A Transgender. They Both stated on Different Dates That I was A " Fucken Homo. Sgt. Williker made statements To me Asking Can He " Fuck. Me. Even Infront of His Shift Lt. Rankins officer on Date of September 6th 22. This Treatment And Sexual Discrimination And Cruel punisment And neglect or policy is Not professional. I shouldnt Have To Indure This Treatment Just Because whe I Am. And Hew I live.

Conclusion Statements

I Carles Dewayne Brown. Transgender Name Jasmine Brown ID # 02215243, Texas State ID# 06391586. FBI NO. 29344MBS. place of Birth Texas.

Do HEAr By Bring All Defendants, And State prison of Texas Department Officals Under True Stated Facts. And Claims That lead To My Compliant. HEre of To The United States District court Western District of Texas waco Division. on This Date of October 13. 2022. Time I wrote All statements And or Complaints 11 pm. 12 Am.

Relief statement: Centerued: I pray That By The Grace And mercy of God. That The court will make The Right Desision in This Claim. Amen.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_See   previous   Attachments_

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

_See   previous   Attachments_

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_Carlos Brown , Red, Eastwood, Lakeyah Brown, Jasmine Brown_

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_166534, 1888435, 02215243.  FBI.no. 829344 MBB, State.Tx 06391586,_

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division): _____

   2.  Case number: _____

   3.  Approximate date sanctions were imposed: _____

   4.  Have the sanctions been lifted or otherwise satisfied?                        ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?        ____ YES  _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: _____          _Carlos  Dewayne  Brown , Sr_
              **DATE**                  _Carlos  Dewayne  Brown , Sr_
                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____15th_____ day of _October_____, 20 _22_ .
            (Day)              (month)           (year)

                                        _Carlos  Dewayne  Brown, Sr_
                                        _Carlos  Dewayne  Brown, Sr_
                                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# CONFIDENTIAL

# LEGAL MAIL

# Do not read, unless you are the intended recipient.

UNiTED STATES DiSTRiCT COURT
for The WESTERN District of
TEXAS WACO Division
District Clerk's Office
800 Franklin Ave. Room 380
WACO, TEXAS 76701

RLOS Dewayhe Brown, S.

mate -ID# 02215243

Hughes Unit

FM 929

HesVille, TEXAS ~~76597~~ 76597

U.S DISTRICT
800 FRankLin Ave
WACO, TEXAS

LEGAL

MAIL



LERK's OFFICE
Room #880

6701

LEGAL MAIL

RECEIVED

OCT 31 2022

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK